UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                              CHAPTER 13

KIMBERLY A. REIMER                                   CASE NO. 14-80548

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Seterus, Inc.                         **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 0337

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $3142.77 |
| Amount Paid by Trustee | $3142.77 |

| *Monthly ongoing Mortgage Payment* | | | |
|---|---|---|---|
| Mortgage is paid: | | | |
| ☐ | Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   1/23/18                                  /s/Lydia S. Meyer
                                                           Lydia S. Meyer, Trustee
                                                           308 W. State St., Suite 212
                                                           Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 23rd0 Day of January, 2018

Dated:   1/23/18                                  /s/Cynthia K. Burnard

SETERUS INC as servicer for FNMA
PO BOX 1047
HARTFORD, CT 06143

BANK OF AMERICA NA
ATTN:  BANKRUPTCY DEPT.
450 AMERICAN ST.
SIMI VALLEY, CA  93065-6285

JOSEPHINE J. MICELI
JOHNSON, BLUMBERG & ASSOCIATES LLC
230 W. MONROE ST. STE. 1125
CHICAGO, IL 60606

KIMBERLY A. REIMER
318 N. HILL
MCHENRY, IL  60051

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603